UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RUSSELL E. NEWKIRK, M.D., and
LISLE A. EATON, JR., M.D.,

                Plaintiffs,

-against-

CLINOMICS BIOSCIENCES, INC.; CYTOMYX
HOLDINGS, PLC a/k/a CYTOMYX HOLDINGS
GROUP,

                Defendants.

**NOTICE OF DISMISSAL**

06-CV-0553
GLS-RFT

---

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Russell E. Newkirk, M.D., and Lisle A. Eaton, Jr., M.D., hereby voluntarily dismiss, without prejudice, the within action against the defendant Clinomics Biosciences, Inc.

DATED: December 5, 2006

                                        MARK T. WALSH, ESQ., Bar Roll No. 102781
                                        **GLEASON, DUNN, WALSH & O'SHEA**
                                        Attorneys for Plaintiffs
                                        Office and P.O. Address
                                        40 Beaver Street
                                        Albany, New York 12207
                                        (518) 432-7511

TO:    David E. Lurie, Esq.
         Karen E. Friedman, Esq.
         **LURIE & KRUPP, LLP**
         Attorneys for Defendant Cytomyx
         One McKinley Square
         Boston, MA 02109
         (617) 367-1970

SO ORDERED:

_____
U.S. District Judge
Date: 12/7/06

TO: William A. Hurst, Esq.
**HISCOCK & BARCLAY**
Local Counsel for Defendant Cytomyx
50 Beaver Street
Albany, NY 12207-2830
(518) 429-4293